**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DEBRA DOBBS,

                Plaintiff,                     18 **CIVIL** 1285 (MKV)

      -against-                          **JUDGMENT**

NYU LANGONE MEDICAL CENTER,

                Defendant.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2021, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           March 29, 2021

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                       **BY:**     *K. Mango*
                                                  **Deputy Clerk**